ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 22 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARQUIMIDES RANGEL-SANTAMARIA,<br>a/k/a Hector Manuel Ruiz-Hernandez, | Criminal Information<br><br>No. 1:19-CR-481 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 15, 2019, in the Northern District of Georgia, the defendant, ARQUIMIDES RANGEL-SANTAMARIA, a/k/a Hector Manuel Ruiz-Hernandez, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 500 grams, that is, approximately one kilogram, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### Forfeiture

Upon conviction of the offense alleged in this Criminal Information, the defendant, ARQUIMIDES RANGEL-SANTAMARIA, a/k/a Hector Manuel Ruiz-Hernandez, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

BYUNG J. PAK
  *United States Attorney*

NICHOLAS HARTIGAN
  *Assistant United States Attorney*
Georgia Bar No. 408147

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181